United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LASCHELLE OLSON,                          No. C-11-4606 MMC

12              Plaintiff,                      **ORDER CONTINUING CASE
                                               MANAGEMENT CONFERENCE**
13       v.

14   PALM DRIVE HOSPITAL, et al.,

15              Defendants.
     _____/

16

17       Before the Court is the Joint Further Case Management Statement, filed February

18   24, 2012 by plaintiff Laschelle Olson ("Olson") and defendant Palm Drive Health Care

19   District ("District").  In the Statement, Olson and District request a continuance of the Case

20   Management Conference because the individual defendants named in the complaint

21   recently have been served and have not yet appeared.

22       Good cause appearing, the Case Management Conference is hereby CONTINUED

23   from March 2, 2012 to April 13, 2012.  A Joint Case Management Statement shall be filed

24   no later than April 6, 2012.

25       **IT IS SO ORDERED.**

26

27   Dated:  February 28, 2012                  _____
                                               MAXINE M. CHESNEY
28                                             United States District Judge