IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASCHELLE OLSON,<br><br>      Plaintiff,<br><br>  v.<br><br>PALM DRIVE HOSPITAL, et al.,<br><br>      Defendants.<br>_____/ | No. C-11-4606 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

      Before the Court is the Joint Further Case Management Statement, filed February 24, 2012 by plaintiff Laschelle Olson ("Olson") and defendant Palm Drive Health Care District ("District"). In the Statement, Olson and District request a continuance of the Case Management Conference because the individual defendants named in the complaint recently have been served and have not yet appeared.

      Good cause appearing, the Case Management Conference is hereby CONTINUED from March 2, 2012 to April 13, 2012. A Joint Case Management Statement shall be filed no later than April 6, 2012.

      **IT IS SO ORDERED.**

Dated: February 28, 2012

                                                        MAXINE M. CHESNEY<br>
                                                        United States District Judge