IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASCHELLE OLSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PALM DRIVE HOSPITAL, et al.,<br><br>　　　　Defendants. | No. C-11-4606 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH THE COURT'S STANDING ORDERS** |

　　　　On July 19, 2012, plaintiff Laschelle Olson, on behalf of the parties, electronically filed a "Stipulation and Order to Allow Plaintiffs to File an Amended Complaint," attached to which is a proposed amended complaint. Plaintiff has violated the Civil Local Rules of this District and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Plaintiff is hereby ORDERED to comply with the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Plaintiff is hereby advised that if she fails in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed

document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
MAXINE M. CHESNEY
United States District Judge