CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LASCHELLE OLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>PALM DRIVE HOSPITAL, PALM DRIVE HEALTH CARE DISTRICT, LOIS ARATA, DAN KRAMER, and DOES 1 THROUGH 25, inclusive,<br><br>    Defendants. | Case No.: CV 11 4606 MMC<br><br>ORDER APPROVING STIPULATION ~~AND ORDER~~ TO ALLOW PLAINTIFF~~S~~ TO FILE AN AMENDED COMPLAINT ; DIRECTIONS TO PLAINTIFF |

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective attorneys of record, A. CABRAL BONNER of THE LAW OFFICES OF BONNER & BONNER, attorney for Plaintiff, and DESIREE O. COX, RYBICKI & ASSOCIATES P.C. attorney for all Defendants, as indicated by their signatures below, to grant Plaintiffs leave to file an Amended Complaint.

    Good cause exists for the amendment to allow Plaintiff to include allegations of conduct that occurred after Plaintiff filed her Complaint. The Amended Complaint is attached hereto as Exhibit A. Modified portions are in italics.

//

Dated: July 11, 2012               LAW OFFICES OF CHARLES A. BONNER

                                   /s/ *A. CABRAL BONNER*
                                   A. CABRAL BONNER
                                   Attorney for Plaintiffs


Dated: 7-12-12                     RYBICKI & ASSOCIATES P.C.

                                   Desiree O. Cox
                                   Attorneys for Defendants
                                   Palm Drive Health Care District,

## [PROPOSED] ORDER

IT IS SO ORDERED, PLAINTIFFS MAY FILE AN AMENDED COMPLAINT.
Plaintiff is DIRECTED to file the Amended Complaint no later than August 15, 2012.

Dated: August 9, 2012

                                   DISTRICT COURT JUDGE

PLAINTIFFS' INITIAL DISCLOSURES - 2