United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LASCHELLE OLSON,

          Plaintiff,

  v.

PALM DRIVE HOSPITAL, et al.,

          Defendants.

                                   /

No. C-11-4606 MMC

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO MODIFY PRETRIAL PREPARATION ORDER**

Before the Court is the parties' stipulation, filed September 21, 2012, by which the parties seek an extension of the deadline to complete mediation and, further, seek a 90 to 120-day extension of all remaining deadlines and dates, including the trial date.[1]

To the extent the stipulation seeks an extension of the deadline to complete mediation, good cause appearing therefor, the stipulation is hereby GRANTED, and the deadline to complete mediation is extended to November 15, 2012.

To the extent the stipulation seeks an extension of all other deadlines and dates, the parties' having failed to show good cause for such relief, the stipulation is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated:  September 28, 2012

MAXINE M. CHESNEY
United States District Judge

---

[1]Although the parties failed to provide the Court with a chambers copy of the stipulation, the Court has considered it.  For future reference, the parties are reminded that, pursuant to Civil Local Rule 5-1(e)(7) and this Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.