**United States District Court**
For the Northern District of California

1
2
3
4                  IN THE UNITED STATES DISTRICT COURT
5               FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7  LASCHELLE OLSON,                    No. C-11-4606 MMC
8              Plaintiff,              **ORDER GRANTING IN PART AND**
                                       **DENYING IN PART STIPULATION TO**
9      v.                              **MODIFY PRETRIAL PREPARATION**
                                       **ORDER**
10  PALM DRIVE HOSPITAL, et al.,
11              Defendants.
                                    /
12
13      Before the Court is the parties' stipulation, filed September 21, 2012, by which the

14  parties seek an extension of the deadline to complete mediation and, further, seek a 90 to

15  120-day extension of all remaining deadlines and dates, including the trial date.[1]

16      To the extent the stipulation seeks an extension of the deadline to complete

17  mediation, good cause appearing therefor, the stipulation is hereby GRANTED, and the

18  deadline to complete mediation is extended to November 15, 2012.

19      To the extent the stipulation seeks an extension of all other deadlines and dates, the

20  parties' having failed to show good cause for such relief, the stipulation is hereby DENIED

21  without prejudice.

22      **IT IS SO ORDERED.**

23

24  Dated:  September 28, 2012

25                                      MAXINE M. CHESNEY
                                        United States District Judge
26

27  _____

28  [1]Although the parties failed to provide the Court with a chambers copy of the
stipulation, the Court has considered it.  For future reference, the parties are reminded that,
pursuant to Civil Local Rule 5-1(e)(7) and this Court's Standing Orders, parties are required
to provide for use in chambers one paper copy of each document that is filed electronically.