CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LASCHELLE OLSON,<br><br>      Plaintiff,<br><br>vs.<br>PALM DRIVE HOSPITAL, PALM DRIVE HEALTH CARE DISTRICT, LOIS ARATA, DAN KRAMER, and DOES 1 THROUGH 25, inclusive,<br><br>      Defendants. | Case No.: CV 11 4606 MMC<br><br>STIPULATION FOR DISMISSAL<br>**AND ORDER THEREON** |

THE PARTIES, by and through their respective attorneys of record, CHARELS A. BONNER and A. CABRAL BONNER, THE LAW OFFICES OF BONNER & BONNER, attorneys for Plaintiff, and RICHARD C. RYBICKI and DESIREE O. COX, RYBICKI & ASSOCIATES P.C. attorneys for all Defendants, file this stipulation of dismissal under Federal Rules of Civil Procedure 41(a)(1)(ii). The Parties have fully resolved the issues related to this case. Dismissal is requested with prejudice.

1.    Plaintiff is LASCHELLE OLSON; Defendants are PALM DRIVE HOSPITAL, PALM DRIVE HEALTH CARE DISTRICT, LOIS ARATA, DAN KRAMER and KAREN CAUTHEN.

2. Plaintiff moves to dismiss the suit.

3. Defendants, who have answered, agree to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to refiling

Dated: December 10, 2012     LAW OFFICES OF CHARLES A. BONNER

A. CABRAL BONNER
Attorney for Plaintiff

Dated: 12-10-12     RYBICKI & ASSOCIATES P.C.

Richard C. Rybicki
Desiree O. Cox
Attorneys for Defendants

IT IS SO ORDERED
Judge Maxine M. Chesney

Dated: December 11, 2012

STIPULATION FOR DISMISSAL - 2