1  CHARLES A. BONNER, ESQ.  SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528
2  **LAW OFFICES OF CHARLES A. BONNER**
   475 GATE FIVE RD, SUITE 212
3  SAUSALITO, CA 94965
   TEL: (415) 331-3070
4  FAX: (415) 331-2738
   cbonner799@aol.com
5  cabral@bonnerlaw.com

6  ATTORNEYS FOR PLAINTIFF

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 LASCHELLE OLSON,                )  Case No.: CV 11 4606 MMC
                                   )
13           Plaintiff,            )
                                   )  STIPULATION FOR DISMISSAL
14       vs.                       )
                                   )  **AND ORDER THEREON**
15 PALM DRIVE HOSPITAL, PALM DRIVE )
   HEALTH CARE DISTRICT, LOIS ARATA,)
16 DAN KRAMER, and DOES 1 THROUGH 25,)
   inclusive,                      )
17                                 )
           Defendants.             )
18 ─────────────────────────────────)

19

20 THE PARTIES, by and through their respective attorneys of record, CHARELS A. BONNER

21 and A. CABRAL BONNER, THE LAW OFFICES OF BONNER & BONNER, attorneys for

22 Plaintiff, and RICHARD C. RYBICKI and  DESIREE O. COX, RYBICKI & ASSOCIATES

23 P.C. attorneys for all Defendants, file this  stipulation of dismissal under Federal Rules of Civil

24 Procedure 41(a)(1)(ii).  The Parties have fully resolved the issues related to this case. Dismissal

25 is requested with prejudice.

26 1.      Plaintiff is LASCHELLE OLSON; Defendants are PALM DRIVE HOSPITAL, PALM

27 DRIVE HEALTH CARE DISTRICT, LOIS ARATA, DAN KRAMER and KAREN

28 CAUTHEN.

                    STIPULATION FOR DISMISSAL - 1

2.      Plaintiff moves to dismiss the suit.

3.      Defendants, who have answered, agree to the dismissal.

4.      This case is not a class action.

5.      A receiver has not been appointed in this action.

6.      This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7.      Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8.      This dismissal is with prejudice to refiling

Dated: December 10, 2012

LAW OFFICES OF CHARLES A. BONNER

A. CABRAL BONNER
Attorney for Plaintiff

Dated: 12-10-12

RYBICKI & ASSOCIATES P.C.

Richard C. Rybicki
Desiree O. Cox
Attorneys for Defendants

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Maxine M. Chesney

NORTHERN DISTRICT OF CALIFORNIA

Dated: December 11, 2012

STIPULATION FOR DISMISSAL - 2